IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO.  99-cr-40034-001-JPG |
| | ) |
| ANTONIO J. PAYTON, JR. | ) |
| | ) |
| Defendant. | ) |

### MEMORANDUM AND ORDER

This matter comes before the Court on defendant Antonio Payton's *pro se* motion for leave to amend and/or supplement his *pro se* motion for a reduction of his criminal sentence pursuant to 18 U.S.C. § 3582(c)(2) and United States Sentencing Guidelines Manual ("U.S.S.G.") § 1B1.10 (Doc. 217).  Payton filed this motion *pro se*, although he is represented by counsel for the purposes of potentially seeking a sentence reduction.  A defendant does not have a right to file his own motions when he is represented by counsel.  *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*).  "Representation by counsel and self-representation are mutually exclusive."  *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992).  So-called "hybrid representation" confuses and extends matters at trial and in other proceedings and, therefore, it is forbidden.  *See United States v. Oreye*, 263 F.3d 669, 672-73 (7th Cir. 2001).  The Court may strike as improper any such *pro se* motions.  *See, e.g., United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998).  The Court hereby **ORDERS** that Payton's motion for leave to amend and/or supplement (Doc. 217) be **STRICKEN**.

    IT IS SO ORDERED.
    DATED:  August 13, 2012

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **UNITED STATES DISTRICT JUDGE**